JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RAMIREZ, an individual; and CHAD HEATH, an individual, <br><br> Plaintiffs <br> vs. <br><br> TURFEVOLUTIONS, a California Corporation; and DOES 1-50, Inclusive, <br><br> Defendants. | Case No.: SA CV 15-1426-DOC (KESx) <br><br> **JUDGMENT** |

Default in this action was entered against Defendant Turfevolutions, on November 16, 2015. On December 15, 2015 Plaintiff filed his Application for a Default Judgment, and brief in support thereof.

After reviewing the evidence and brief submitted, the Court hereby renders judgment in favor of Plaintiffs Raul Ramirez and Chad Heath against Defendant TurfEvolutions, a California corporation.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Raul Ramirez recover against Defendant TurfEvolutions in the amount of $148,750.70. Plaintiff Chad Heath shall recover against Defendant TurfEvolutions in the amount of $92,699.83.

Attorney's fees and costs shall also be awarded to Plaintiffs' counsel in the amount of $21,387.17.

Post-judgment interest is ordered "at a rate equal to the weekly average 1 – year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

DATED: February 4, 2016

_____

The Honorable David O. Carter

Judge of the District Court